

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00354-CV

_____

IN RE DAVID GLEN HARRIS, Relator

_____

Original Proceeding
Trial Court No. 2011-PR00903-1-2

_____

Before Kerr, Gabriel, and Pittman, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and "Appellant's Motion to Compel County Clerk and Probate Court Reporter to Prepare Record for Appeal" and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and "Appellant's Motion to Compel County Clerk and Probate Court Reporter to Prepare Record for Appeal" are denied.

Per Curiam

Delivered: January 17, 2019